**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

JUN 1 3 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| | § | Case No.: 2:22-cr-00098 |
| versus | § | |
| | § | |
| | § | |
| MARIA ISABEL WEIDENBURNER | § | |

### ORDER ON MOTION FOR CONTINUANCE

On this day came to be heard the Motion to Continue/Reset the above reference case. After due consideration of the motion and pleadings, the Court is of the opinion that said motion be:

_____ Granted          ___✓___ Denied

Said Unopposed Motion for Continuance/Reset

So ordered, this the ___13th___ day of June 2022 ~~at McAllen, Texas~~.

_____
Honorable Alia Moses
United States District Judge